JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| ARVIND J. MEHTA, M.D., A PROFESSIONAL MEDICAL CORPORATION, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> MERIDIAN FONTANA GROUP, LLC, et al., <br><br> Defendants. | Case No. 2:13-cv-09114 FMO (RZx) <br> Honorable Andrew J. Wistrich, Ctrm. 690 <br><br> **ORDER RE VOLUNTARY DISMISSAL WITHOUT PREJUDICE BY STIPULATION OF ALL PARTIES** <br><br> Date Action Filed: December 10, 2013 <br><br> Discovery Cutoff: None Set <br> Motion Cutoff: None Set <br> Trial Date: None Set |

### **ORDER**

The Court having received and considered the Stipulation of Plaintiffs and Defendants, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is dismissed without prejudice.

DATED: April 28, 2014

/s/
_____
The Honorable Fernando M. Olguin
UNITED STATES DISTRICT JUDGE